## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY S. AFLAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV543 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT FRANSSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on March 16, 2005, a letter (Filing No. 12) was sent to:

> Susan K. Alexander
> PO Box 1151
> Hastings, NE 68902-1151

from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"). As of the close of business on April 10, 2005, said attorney had not complied with the request set forth in the letter from the Office of the Clerk.

On April 11, 2005, the Court issued a show cause order requiring said attorney to register for the system or to file an affidavit explaining why she was unable to do so (Filing No. 17). Said attorney has not complied with such order and no response has been received to date.

**IT IS ORDERED** that, Susan K. Alexander is stricken as an attorney of record for the plaintiff Kimberly Aflague and shall not be noticed of events in this case. Said attorney may apply to be readmitted as an attorney of record only after registering for the system and paying the annual assessment pursuant to NEGenR 1.7(h).

Dated this 26th day of April, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge