# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY S. AFLAGUE, | ) | |
| | ) | 8:04CV543 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT FRANSSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On March 17, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting.  **See** Filing No. 14.  On April 21, 2005, the court granted the parties an extension of time to May 23, 2005, to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting.  **See** Filing No. 21.  No such report has been received by the court.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before June 6, 2005, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 26th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge