IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY S. AFLAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV543 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT FRANSSEN, DO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Robert P. Chaloupka at the firm of Chaloupka, Holyoke Hofmeister, Snyder & Chaloupka, L.L.O., to withdraw as counsel for the plaintiff Kimberly S. Aflague (Filing No. 25). For good cause shown, the motion to withdraw (Filing No. 25) is granted. Kimberly S. Aflague shall be considered to be proceeding *pro se* in this matter.

**IT IS ORDERED:**

1. The motion to withdraw as counsel for the plaintiff, Kimberly S. Aflague, by Robert P. Chaloupka (Filing No. 25) is granted.

2. The Clerk of Court shall stop all electronic notices to Robert P. Chaloupka.

3. The plaintiff Kimberly S. Aflague is considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly.

4. The Clerk of Court shall mail a copy of this order to the plaintiff, Kimberly S. Aflague, by regular mail at:

   Kimberly S. Aflague
   2270 E. Smoke Tree Rd.
   Gilbert, AZ  85296

5. The plaintiff Kimberly S. Aflague shall keep the court informed of her current address and telephone number at all times while this case is pending. The plaintiff shall notify the court of her current telephone number as soon as possible, but in any even **no later than October 31, 2005**, in writing.

6. Litigants in this district usually serve copies of motions and other documents on adverse parties by first class mail, postage prepaid. The plaintiff shall include with each original document submitted to the court a **"Certificate of Service"** stating the date a true and correct copy of such document was mailed to each other party or the attorney of a represented party. It is a violation of the rules of court to send communications to the court without serving a copy on the other parties to the case.

7. The plaintiff Kimberly S. Aflague is advised that she is bound by the Federal Rules of Civil Procedure and by the Local Rules of this court in the litigation of this case. The federal rules are available at any law library, and the local rules are available at the office of the Clerk of Court, and also on the court's web site at www.ned.uscourts.gov.

DATED this 18th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge